UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DARREN M. HOUSTON | CIVIL ACTION NO. 5:13-cv-2638-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COL. BRAD ROGERS ET AL. | MAGISTRATE JUDGE HAYES |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by the Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §§ 1915 AND 1915A.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5th day of February, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE